

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00554-CR

**THE STATE OF TEXAS,**
Appellant

v.

JB **DANIEL**,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-002
N. Keith Williams, Judge Presiding

# O R D E R

The Appellee's Motion to Abate Appeal and Remand to the Trial Court is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court